## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: | |
| Beatrice Marshall, *Debtor* | Case No. 11-41851-659 |
| U.S. Bank, N.A., by US Bank Home Mortgage, loan servicing agent for *Creditor* | Chapter: 7 |
| vs. | **ORDER TO LIFT STAY** |
| Beatrice Marshall, *Debtor* | Hearing Date: May 23, 2011 |
| and | Hearing Time: 10:00 am |
| Tracy A. Brown, *Trustee* | Motion No 17 |

### ORDER GRANTING RELIEF FROM STAY

**THIS MATTER** comes on for consideration upon the Motion of U.S. Bank, N.A., its subsidiaries, affiliates, predecessors in interest, successors or assigns ("Creditor"), for its Motion for Relief from Stay. Based upon the pleadings filed,

**IT IS THEREFORE BY THE COURT ORDERED** that U.S. Bank, N.A., its subsidiaries, affiliates, predecessors in interest, successors or assigns, is granted relief from the automatic stay imposed under 11 U.S.C. §362 to foreclose the lien of its Deed of Trust as to the real property legally described as

> **Lot 15 in Block 1 of GREULICH'S INGELSYDE NO. 2 and in Block 4332-A of the City of St. Louis, fronting 36 feet on the South line of Eton Lane, by a depth Eastwardly of 120.01 feet on the West line and 120 feet on the East line to the South line of said lot, on which there is a width of 34.73 feet; bounded West by Tara Lane,** commonly known as 1546 Eton Lane, Saint Louis, MO 63147,

by any lawful means including by exercise of the power of sale by the Trustee named in the Deed of Trust or by the duly appointed Successor Trustee, if one be appointed by Movant; and after the sale, to pursue any other remedies the purchaser may have pursuant to the terms of the promissory note and mortgage, including enforcing rights to possession of the premises under the terms of the promissory note and Deed of Trust and in accordance with applicable non-bankruptcy state law, and

**IT IS FURTHER ORDERED** that of the $650 attorney's fees and $150 costs sought in the Motion for Relief, $600 attorney's fees and $150 costs may be assessed against the account of the Debtor, and

**IT IS FURTHER ORDERED**, **AND THE COURT SPECIFICALLY FINDS**, that the following arrearage figures, charges, fees and costs as prayed for in the Motion, plus any amounts that have come due since the filing of the Motion pursuant to the terms of the Promissory Note and Security Instrument, are allowed and may be assessed against the account of the Debtor in the amount of:

United States Bankruptcy Court
Eastern District of Missouri
In re: U.S. Bank, N.A. v. Beatrice Marshall
Case No. 11-41851-659
Chapter 7
Order Granting Relief From Stay
Page 2

| DESCRIPTION | AMOUNT |
|---|---|
| (6) Late Payments @ $633.37 (10/10 – 3/11) | $3,800.22 |
| (1) Late Payments @ $639.52 (4/11) | $639.52 |
| Accrued Late Charges | $126.65 |
| Property Inspections | $20.00 |
| NSF Fee | $15.00 |
| Foreclosure Fees & Costs | $600.00 |
| MFR Filing Fee | $150.00 |
| MFR Attorney Fees | $600.00 |
| Total | $5,951.39 |

**IT IS FURTHER ORDERED** that Creditor shall be permitted to communicate with the Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

**IT IS FINALLY ORDERED** that relief from the automatic stay is applicable even if the case is converted, unless otherwise specifically ordered.

**IT IS SO ORDERED.**

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
U.S. Bankruptcy Judge

DATED: May 18, 2011
St. Louis, Missouri
JJH

**Copies Mailed to the Following Parties**

Beatrice Marshall
1546 Eton Lane
Saint Louis, MO 63147
**DEBTOR**

Tobias Licker
Law Offices of Tobias Licker LLC
1861 Sherman Dr.
St. Charles, MO 63303
**ATTORNEY FOR DEBTOR**

File No. 127353
Case No: 11-41851-659

United States Bankruptcy Court
Eastern District of Missouri
In re: U.S. Bank, N.A. v. Beatrice Marshall
Case No. 11-41851-659
Chapter 7
Order Granting Relief From Stay
Page 3

Tracy Brown
1034 S. Brentwood Blvd., #1830
St. Louis, MO 63117
**TRUSTEE**

Office of the United State Trustee
111 S. 10th Street
Suite 6353
St. Louis, MO 63102
**U.S. TRUSTEE**

Steven L. Crouch
Daniel A. West
6363 College Blvd., Suite 100
Overland Park, KS 66211
**ATTORNEY FOR CREDITOR**

File No. 127353
Case No: 11-41851-659